UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Kimberly J. Mueller          **RE:  Alejandro Montoya**
United States District Judge                  **Docket Number:  2:14CR00266-01**
Sacramento, California                         **<u>PERMISSION TO TRAVEL</u>**
                                                            **<u>OUTSIDE THE COUNTRY</u>**


Your Honor:


Alejandro Montoya is requesting permission to travel to the Dominican Republic.   He is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**  On February 24, 2012, in the Southern District of California, Alejandro Montoya was sentenced for the offense of 21 USC 952, 960 – Importation of Methamphetamine.


On October 1, 2014, Mr. Montoya's case was jurisdictionally transferred from the Southern District of California to the Eastern District of California.


**Sentence Imposed:**  60 months custody Bureau of Prisons, 3 years Supervised Release, $100 Special Assessment.  Special conditions:  1) Warrantless search; 2) Not enter or reside in the Republic of Mexico without permission of the probation officer; 3) Report all vehicles owned/operated or have interest; 4) Financial disclosure; 5) Drug/alcohol treatment and testing.


**Dates and Mode of Travel:**  Mr. Montoya will depart on October 7, 2015, via American Airlines (flight number 0272) and US Airways (flight number 2468), and return on October 15, 2015, via American Airlines (flight numbers 1502 and 2411).


**Purpose:**  Vacation.  Mr. Montoya and his wife will be staying at the Now Larimar Punta Cana, Av. Alemania S/N El Cortecity, Bavaro Punta Cana, Dominican Republic.


1

RE:   **Alejandro Montoya**
      **Docket Number:  2:14CR00266-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Additionally, it is respectfully requested Your Honor provide the probation officer with the discretion to authorize any further travel by the offender outside of the United States without further Court notification.


Respectfully submitted,

*/s/ Kris M. Miura*

Kris M. Miura
United States Probation Officer


Dated:   September 4, 2015
         Elk Grove, California
         KMM/sda


*/s/ Phil R. Hendley, Jr., for*
_____

**REVIEWED BY:**   **Jack C. Roberson**
                   **Deputy Chief United States Probation Officer**


## ORDER OF THE COURT

☒   Approved      ☐   Disapproved


**September 9, 2015**
_____        _____
**Date**                          UNITED STATES DISTRICT JUDGE


2